## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-20243-GLT |
| | : | |
| **Robert R Kaniuff** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Robert R Kaniuff** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Robert R Kaniuff**, hereby state as follows:

1. I started new employment in January with Hartman and Hartman as an electrical foremen and I earn of $34.00 per hour and average 40 hours per week. .

2. I receive rental income of $1,500 per month.

3. My wife is not currently employed.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 21, 2019         /s/ **Robert R Kaniuff**
                                  Robert R Kaniuff
                                       Debtor