**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20243-GLT |
| | : | |
| **Robert R. Kaniuff,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ | : | |
| **Robert R. Kaniuff,** | : | |
| | : | Related to Document No. 29 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | May 8, 2019 at 10:00 AM |
| | : | |
| **GreatAmerica Financial Services Corporation,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire (Trustee),** | : | |
| Additional Respondent | : | |
| _____ | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING
OBJECTION TO PROOF OF CLAIM NUMBER 4-1
FILED BY GREATAMERICA FINANCIAL SERVICES CORPORATION**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **April 29, 2019,** i.e., thirty (30) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at **www.pawb.uscourts.gov** to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **May 8, 2019 at 10:00 a.m.** before Judge Taddonio in Court Room A, U.S. Steel Tower, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: March 28, 2019

Attorney for Movant/Applicant:

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors