**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20243-GLT |
| | : | |
| **Robert R. Kaniuff,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ | : | |
| **Robert R. Kaniuff,** | : | |
| | : | Related to Document No. 33 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | May 8, 2019 at 10 :00 AM |
| | : | |
| **GreatAmerica Financial Services Corporation,** | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire (Trustee),** | : | |
| Additional Respondent | : | |
| _____ | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE AMENDED OBJECTION TO CLAIM OF GREATAMERICA FINANCIAL SERVICES CORPORATION FILED AT DOCKET NO. 33**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Objection to Claim of GreatAmerica Financial Services Corporation filed on April 8, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 25, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>April 30, 2019</u>     By: <u>/s/ Lawrence Willis Esquire</u>
                                Lawrence W Willis, Esquire
                                PA I.D. # 85299
                                Willis & Associates
                                201 Penn Center Blvd
                                Pittsburgh, PA 15235
                                Tel: 412.235.1721
                                Fax: 412.542.1704
                                lawrencew@urfreshstrt.com
                                Attorney for Debtors