# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20243-GLT |
| | : | |
| **Robert R. Kaniuff,** | : | Chapter 13 |
| | : | |
| Debtor | : | |
| _____ | : | |
| **Robert R. Kaniuff,** | : | |
| | : | Related to Document No. 36 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | |
| | : | |
| **GreatAmerica Financial Services Corporation,** | : | |
| | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire (Trustee),** | : | |
| | : | |
| Additional Respondent | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Attorney of the law firm Willis & Associates certify under penalty of perjury that I am more than 18 years of age and that I served or caused to be served, a copy of the Order Dated May 1, 2019 upon each of the following persons and parties in interest at the addresses shown below by First Class Mail or Certified Mail where indicated:

Respectfully submitted,

Date: May 2, 2019

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com

**Attorney for Debtor**

## MATRIX

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Robert Kaniuff
118 Crooks School Road
Clinton, PA 15026

GreatAmerica Financial Services Corporation
Attn: Litigation Dept.
PO Box 609
Cedar Rapids, PA 52406
Attn: Elizabeth "Bea" Wendel

### *Sent Certified Mail*

GreatAmerica Financial Services Corporation
625 1st Street SE #800
Cedar Rapids, IA 52401
Attn: Tony Golobic, CEO

GreatAmerica Financial Services Corporation
625 1st Street SE #800
Cedar Rapids, IA 52401
Attn: Doug Olson, Vice Chairman