IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-20243-GLT |
| **ROBERT R. KANIUFF,** | Chapter 13 |
| **Debtor,** | |
| GreatAmerica Financial Services Corporation, | Hearing Date: July 3, 2019 at 9:00am<br>Response Due: June 14, 2019 |
| **Movant,** | |
| vs. | |
| GreatAmerica Financial Services Corporation, | |
| **Respondent.** | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION TO VACATE ORDER DENYING AND DISMISSING CLAIM AND TO REINSTATE CLAIM

TO THE RESPONDENTS:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 14, 2019**, in accordance with the Federal Rules of Bankruptcy procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **July 3, 2019, at 9:00 a.m.** before Judge Gregory L. Taddonio in **Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**. Only a limited time of then (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: May 16, 2019

/s/ Christopher J. Azzara, Esq.
Christopher J. Azzara, Esq.
Pa Id. No. 204114
Four Gateway Center, Suite 2200
444 Liberty Avenue
Pittsburgh, PA 15222