**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20243-GLT |
| | : | |
| Robert R. Kaniuff, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated May 16, 2019 (Order Setting Hearing on Amended Plan), and Amended Plan Dated May 15, 2019* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated May 17, 2019

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Robert Kaniuff
118 Crooks School Road
Clinton, PA 15026

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Amato Keating and Lessa
107 North COmmerce Way
Bethlehem, PA 18017

Barbara J. Vaught c/o
Dinsmore & Shohl
1330 Six PPG Place
Pittsburgh, PA 15222

Bmo Harris Bank Na
111 W Monroe
Chicago, IL 60603

Caliber
715 S Metropolitan Ave
Oklahoma City, OK 73108

Cap1/cabelas
4800 Nw 1st Street
Lincoln, NE 68521

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117

Citizens Bank Na
480 Jefferson Blvd
Warwick, RI 02886

Credit Acceptance
25505 W.12 Mile Rd. Suite 3000
Southfield, MI 48034

Dinsmore & Shohl
1330 Six PPG Place
Pittsburgh, PA 15222

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Fia Cs
Po Box 982238
El Paso, TX 79998

First Commonwealth Ban
22 North Sixth St
Indiana, PA 15701

Ford Motor Credit Company LLC
1335 S. Clearview Avenue
Mesa AZ 85209

Great American Financial Services
625 1st St SE #800
Cedar Rapids, IA 52401

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101

Keybank Na
4910 Tiedman Road
Oceanside, CA 92056

PA Department Of Revenue Bankruptcy
Division

PO Box 788
Harrisburg, PA 17128

Pnc Bank
Po Box 3180
Pittsburgh, PA 15230

Pnc Mortgage
Po Box 8703
Dayton, OH 45401

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

PNC Equipment Finance, LLC
c/o Robert E. Walton/Thomas P. Stevens
Flamm Walton Heimbach
794 Penllyn Pike,
Suite 100
Blue Bell, PA 19422

Robertson Heating Supply Company Ohio
PO Box 2448
Alliance, OH 44601

Robertson Heating Supply Of OH
PO Box 2448
Alliance, OH 44601

Simmons Perrine Moyer Bergman
115 Third Street SE Suite 1200
Cedar Rapids, IA 52401

Syncb/ameg D
Po Box 965005
Orlando, FL 32896

Syncb/bargain Outlet C/o
Po Box 965036
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/levin Furniture C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/synchrony Home C/o
Po Box 965036
Orlando, FL 32896

The Bank of New York Mellon, et al c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590