UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA



**FILED**
JUL 18 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Robert R. Kaniuff<br><br>Debtor,<br><br>_____<br><br>GreatAmerica Financial Services Corporation,<br><br>Movant,<br>v.<br><br>GreatAmerica Financial Services Corporation,<br>Respondent. | Case No.: 19-20243-GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 49<br>Hearing: July 17, 2019 at 10:30 a.m. |

## ORDER GRANTING MOTION FOR RECONSIDERATION TO VACATE AND REINSTATE CLAIM

AND NOW, this **17th** day of **July**, 2019, upon consideration of the Movant's Motion to Vacate Order Denying and Dismissing Claim and to Reinstate Claim (the "**Motion**"), and based on the fact that (i) factual matters have been overlooked that might materially have influenced this Court's earlier decision; (ii) there exists a need to correct a clear error or prevent injustice; and (iii) cause exists to grant reconsideration of GreatAmerica's claim, it is hereby ORDER, ADJUDGED and DECREED that:

1. GreatAmerica's Motion is hereby **GRANTED**;

2. The May 1, 2019 Order of Court is hereby **VACATED**;

3. GreatAmerica's claim [Claim No. 4] is hereby **REINSTATED** at the above-referenced docket number; and

~~4. The Clerk's office is directed to schedule a hearing and response deadline by separate notice on the Debtor's Amended Objection to GreatAmerica's claim.~~

_____
Gregory L. Taddonio
United States Bankruptcy Judge

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20243-GLT
Robert R Kaniuff                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala              Page 1 of 1             Date Rcvd: Jul 18, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db              +Robert R Kaniuff,    118 Crooks School Rd,    Clinton, PA 15026-1548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
              Christopher J. Azzara    on behalf of Creditor    GreatAmerica Financial Services Corporation
               cazzara@smgglaw.com,    ccallahan@smgglaw.com;kmaiorano@smgglaw.com
              David W. Raphael    on behalf of Creditor    Dollar Bank, FSB draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lawrence W. Willis    on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, ET. AL. pawb@fedphe.com
              Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com
                                                                                             TOTAL: 9