# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** ROBERT R KANIUFF
**Case Number:** 19-20243-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 25, 2019 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#40 - Amended Plan Dated 5-15-19 (NFC)
R / M #: 40 / 0

## Appearances:

Debtor: Willis
Trustee: Winnecour / Pail / Katz / **DeSimone** (circled)
Creditor:

## Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  12-5-19  at  9:30  .
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

Cont. to resolve claim objection