RE: 19-20243-GLT
DKT. NO. 33    Copy of Judgment #1

## CERTIFICATE OF TRANSCRIPT BY JUDGE AND CLERK

STATE OF IOWA, LINN COUNTY, ss.

I, Roxann Repstien, Clerk of the District Court of the State of Iowa, in and for said County, do hereby certify that the foregoing is a true compared and perfect transcript of the electronic docketing in Linn Co case number LACV091883 in which Greatamerica Financial Services Corp is Plaintiff and Pioneer Mechanical Services, LLC; Robert Kaniuff; and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas are Defendants as the same appears of record in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at my office in Cedar Rapids, in said County, this 31st day of July 2019
(Date)

*Roxann Repstien*
Clerk of District Court

******************************************

STATE OF IOWA, LINN COUNTY, ss.

I, _____
One of the Judges of the District Court of the State of Iowa, in and for the 6th Judicial District of said State, including the County of Linn do hereby certify that Roxann Repstien, who has given the preceding certificate, was, at the time of so doing, the Clerk of the District Court of the State of Iowa, in and for Linn County, in said District, duly qualified as such, that she is the proper custodian of the records of said Court, and the proper officer to give such certificate and that the same is in due form of law.

WITNESS my hand, at Cedar Rapids, Iowa this 31st day of July 2019
(Date)

*Chad A. Kepros*
Judge District Court, 6th Judicial District

******************************************

STATE OF IOWA, LINN COUNTY, ss.

I, Roxann Repstien, Clerk of District Court of the State of Iowa, in and for said County, do hereby certify that the Honorable  CHAD A KEPROS
Who has given the preceding certificate, was at the time of so doing, one of the Judges of the District Court of the 6th Judicial District of the State of Iowa, duly commissioned and sworn, to all whose acts as such, full, faith and credit are and ought to be given.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at my office in Cedar Rapids, in said County, this 31st day of July 2019
(Date)

*Roxann Repstien*
Clerk of District Court

| | Sec Lvl: 0 | EDMS | User ID: ALOPEZ | County:LINN | Case Processing | 07/31/2019 10:43 AM | Documents |
|---|---|---|---|---|---|---|---|
| Home | | | | | | | Courts Online |
| Applications | LACV090883: GREATAMERICA FIN SERV CORP VS PIONEER MECHANICAL | | | | | | Logoff |

D - Docket    (N)ew Event    New (T)ask    C(h)eck All    (U)ncheck All
Go!    (P)rint Barcodes    Print (B)arcodes and Notify

Show: ☑ Exhibits ☑ Submissions ☑ Others

| Filed Date & Time ▼ | Event Sec Lvl | Doc Sec Lvl | Event | Status | Filed By | Email Recipients |
|---|---|---|---|---|---|---|
| 09/13/2018 10:51 AM | 0 | 0 | JDEF - JUDGMENT DEFAULT | CLOSED | MILLER, PAUL D | |
| 09/12/2018 11:36 AM | 0 | 0 | FOOT - Other Affidavit | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| | | | **Comment:** OF ATTORNEY FEES | | | |
| 09/12/2018 11:36 AM | 0 | 0 | FOOT - Other Affidavit | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| | | | **Comment:** OF IDENTITY AND NON-MILITARY SERVICE AS TO DEFENDANTS ROBERT | | | |
| 09/12/2018 11:36 AM | 0 | 0 | FOOT - Other Affidavit | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| | | | **Comment:** OF AMOUNT DUE | | | |
| 09/12/2018 11:36 AM | 0 | 0 | MTDF - Motion for Default Judgment | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| 09/12/2018 11:36 AM | 0 | 0 | MTDE - Motion for Default Entry | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| 08/31/2018 11:30 AM | 0 | 0 | NOOT - Notice | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| | | | **Comment:** OF INTENT TO FILE WRITTEN APPLICATION FOR ENTRY OF DEFAULT | | | |
| 08/20/2018 1:06 PM | 0 | 0 | RSON - RETURN OF ORIGINAL NOTICE | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| | | | **Comment:** AS TO JOSEPH MICHAEL RAVAS A/K/A J. MICHAEL RAVAS A/K/A | | | |
| 08/20/2018 1:05 PM | 0 | 0 | RSON - RETURN OF ORIGINAL NOTICE | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| | | | **Comment:** AS TO DEFENDANTS PIONEER MECHANICAL SERVICES, LLC AND ROBERT | | | |
| 08/02/2018 9:56 AM | 0 | 0 | CVON - CIVIL ORIGINAL NOTICE | CLOSED | LOFTUS, CHRISTOPHER KAI | |
| 08/02/2018 9:56 AM | 0 | 0 | PFLD - Petition Filed | CLOSED | LOFTUS, CHRISTOPHER KAI | |

Recent: **06571 LACV088288** || **06571 LACV092961**

For exclusive use by the Iowa Courts © State of Iowa, All Rights Reserved                    drapp2