**FILED**
SEP 11 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

RE: 19-20243-GLT
DKT. NO. 33   Copy of Judgment #2

## CERTFICIATE OF TRANSCRIPT BY JUDGE AND CLERK

STATE OF IOWA, LINN COUNTY, ss.

I, Roxann Repstien, Clerk of the District Court of the State of Iowa, in and for said County, do hereby certify that the foregoing is a true compared and perfect transcript of the Default Judgment in Linn Co case number LACV090883 in which Greatamerica Financial Services Corp is Plaintiff and Pioneer Mechanical Services, LLC; Robert Kaniuff; and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas are Defendants as the same appears of record in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at my office in Cedar Rapids, in said County, this 31st day of July 2019
(Date)

_Roxann Repstien_
Clerk of District Court

*******************************************

STATE OF IOWA, LINN COUNTY, ss.

I, _____
One of the Judges of the District Court of the State of Iowa, in and for the 6th Judicial District of said State, including the County of Linn do hereby certify that Roxann Repstien, who has given the preceding certificate, was, at the time of so doing, the Clerk of the District Court of the State of Iowa, in and for Linn County, in said District, duly qualified as such, that she is the proper custodian of the records of said Court, and the proper officer to give such certificate and that the same is in due form of law.

WITNESS my hand, at Cedar Rapids, Iowa this 31st day of July 2019
(Date)

_Chad A. Kepros_
Judge District Court, 6th Judicial District

*******************************************

STATE OF IOWA, LINN COUNTY, ss.

I, Roxann Repstien, Clerk of District Court of the State of Iowa, in and for said County, do hereby certify that the Honorable CHAD A KEPROS
Who has given the preceding certificate, was at the time of so doing, one of the Judges of the District Court of the 6th Judicial District of the State of Iowa, duly commissioned and sworn, to all whose acts as such, full, faith and credit are and ought to be given.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at my office in Cedar Rapids, in said County, this 31st day of July 2019
(Date)

_Roxann Repstien_
Clerk of District Court

IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| GREATAMERICA FINANCIAL SERVICES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER MECHANICAL SERVICES, LLC; ROBERT KANIUFF; and JOSEPH MICHAEL RAVAS a/k/a J. MICHAEL RAVAS a/k/a MICHAEL RAVAS,<br><br>Defendants. | Case No. LACV090883<br><br>DEFAULT JUDGMENT |

On this day, the Application for Default Judgment comes before the Court and the Plaintiff, GreatAmerica Financial Services Corporation, appears in writing by its attorney, Christopher K. Loftus, and the Defendants, Pioneer Mechanical Services, LLC, Robert Kaniuff and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas, do not appear nor anyone for them. Having read the pleadings and the record and having duly considered the same, the Court finds:

1. This Court has jurisdiction of the parties and the subject matter herein.

2. That from an inspection of the records filed in this Court, it appears the Defendants, Pioneer Mechanical Services, LLC, Robert Kaniuff and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas, were served in a due and legal manner with an Original Notice and Petition at Law on August 9, 2018.

3. That Defendants, Pioneer Mechanical Services, LLC, Robert Kaniuff and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas, are in default having failed to appear within the twenty (20) day period from the date of service, August 9, 2018, to the present.

4. That Defendants, Pioneer Mechanical Services, LLC, Robert Kaniuff and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas, were served via mail with a Notice of Intent

to File for Written Application for Entry of Default Judgment on August 31, 2018, pursuant to Iowa Rule of Civil Procedure 1.972 and the Notice of Intent was filed with this Court on August 31, 2018.

5. That the equities are with the Plaintiff, GreatAmerica Financial Services Corporation, and Plaintiff is entitled to relief prayed for in its Petition at Law.

6. That Plaintiff's Affidavit of Amount Due correctly shows damages in the amount of $30,319.59. It also shows that through the Agreement, Defendants sought and obtained credit for business purposes, the use of office equipment, within the meaning of Iowa Code section 535.2(2)(a)(5). Further, that the parties agreed in writing that upon default, interest would be charged at 18% per annum.

7. That Plaintiff's request for attorney fees of $1,336.60, as shown in Plaintiff's Affidavit of Attorney Fees, is reasonable and allowable by the contract in this case.

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED that Defendants, Pioneer Mechanical Services, LLC, Robert Kaniuff and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas, are at present in default in connection with the above case and that Plaintiff, GreatAmerica Financial Services Corporation, shall have and recover judgment from Defendants, Pioneer Mechanical Services, LLC, Robert Kaniuff and Joseph Michael Ravas a/k/a J. Michael Ravas a/k/a Michael Ravas, jointly and severally, in the amount of $30,319.59, reasonable attorney fees in the amount of $1,336.60, and for the costs of this action in the amount of $185.00. Interest on this Judgment is awarded at 18% per annum from August 2, 2018, the date of the filing of the Petition at Law, to the date of this judgment, and at 18% per annum thereafter pursuant to Iowa Code sections 668.13(2) and 535.2(2)(a)(5) as the rate expressed in the contract.

Clerk to notify.

3

Case 19-20243-GLT    Doc 65    Filed 09/11/19    Entered 09/12/19 10:27:00    Desc Main
Document    Page 4 of 5
E-FILED  2018 SEP 13 10:51 AM LINN - CLERK OF DISTRICT COURT



## State of Iowa Courts

**Type:**  OTHER ORDER

**Case Number**  **Case Title**
LACV090883    GREATAMERICA FIN SERV CORP VS PIONEER MECHANICAL

So Ordered

Paul D. Miller, District Court Judge,
Sixth Judicial District of Iowa

Electronically signed on 2018-09-13 10:51:16    page 4 of 4