**FILED**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

SEP 12 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.: 19-20243-GLT |
| Robert R. Kaniuff | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| Robert R. Kaniuff, | : | Related to Dkt. No. 33 |
| | : | Hearing: September 11, 2019 at 9:00 a.m. |
| Movant, | : | |
| v. | : | |
| GreatAmerica Financial Services Corporation, | : | |
| Respondent. | : | |
| and | : | |
| Ronda J. Winnecour, Esquire (Trustee) | : | |
| Additional Respondent | : | |

## ORDER DENYING DEBTOR'S AMENDED OBJECTION TO CLAIM NUMBER 4-1

AND NOW, this 11th day of September 2019, upon consideration of GreatAmerica's Response to Amended Objection to Proof of Claim 4-1 **IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED** that Debtor's Amended Objection to Claim Number 4-1 is DENIED.

_____
Gregory L. Taddonio
United States Bankruptcy Judge

6

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert R Kaniuff
    Debtor

Case No. 19-20243-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Sep 12, 2019
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db        +Robert R Kaniuff,    118 Crooks School Rd,    Clinton, PA 15026-1548
cr        +GreatAmerica Financial Services Corporation,    Strassburger McKenna Gutnick & Gefsky,
      Four Gateway Center,    444 Liberty Avenue, Suite 2200,    Pittsburgh, PA 15222-1207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
      Christopher J. Azzara    on behalf of Creditor    GreatAmerica Financial Services Corporation
     cazzara@smgglaw.com, ccallahan@smgglaw.com;kmaiorano@smgglaw.com
      David W. Raphael    on behalf of Creditor    Dollar Bank, FSB draphael@grenenbirsic.com,
     mcupec@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
     New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
     CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
     jbluemle@bernsteinlaw.com
      Lawrence W. Willis    on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com,
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, ET. AL. pawb@fedphe.com
      Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com
                              TOTAL: 9