## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ROBERT R KANIUFF
- **Case Number:** 19-20243-GLT      **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 05, 2019 09:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#40 - Continued Confirmation of Plan Dated 5/15/2019 (NFC)
+Objections By: GreatAmerica Financial Services Corp.
R / M #: 40 / 0

**Appearances:**

- Debtor: Willis
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Gorba for Great American

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 12/18/19 at 9:00 AM.
10. _____ Other:

Plan is to 100%, but the plan provides for Atty fees, most recent application being $9000 plus paying for 4 cars, one of which is a corvette. Trustee wants the plan to include a per month for the benefit of unsecured creditors so they are paid contemporaneously with the secured & admin creditors rather than waiting until all other creditors (including...) are paid in full to start...