#74 GLT/lr

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

**Debtor:** ROBERT R KANIUFF
**Case Number:** 19-20243-GLT **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 05, 2019 09:30 AM 3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

***Matter:***

#40 - Continued Confirmation of Plan Dated 5/15/2019 (NFC)
+Objections By: GreatAmerica Financial Services Corp.
**R / M #:** 40 / 0

***Appearances:***

Debtor: Willis
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Gorba for Great American

RECEIVED
2019 DEC -5 P 3:08
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

***Proceedings:***

Outcome:

1. ______ Case Converted to Chapter 7
2. ______ Case Converted to Chapter 11
3. ______ Case Dismissed without Prejudice
4. ______ Case Dismissed with Prejudice
5. ______ Debtor is to inform Court within ______ days their preference to Convert or Dismiss
6. ______ The plan payment/term is increased/extended to ______, effective ______.
7. ______ Plan/Motion continued to ______ at ______.
8. ______ An Amended Plan is to be served on all creditors and certificate of service filed by ______.
   Objections are due on or before ______ .
   A hearing on the Amended Plan is set for ______ at ______.
9. ✓ Contested Hearing: 12/18/19 at 9:00 AM.
10. ______ Other:

Plan is to 100%, but the plan provides $9000 plus for Atty fees, most recent application being paying for 4 cars, one of which is a corvette. Trustee wants the plan to include a per month for the benefit of unsecured creditors so they are paid contemporaneously with the secured & admin creditors rather than waiting until all other creditors (including on unnecessary Vette) are paid in full to start to get paid. (OVER)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

For Chapter 13 Clerk Use Only:

Contested Date: ____________________

Other: ____________________

For Case Administrator Use Only:

Location of Continued Proceeding(s): P01

Language to Use On Docket Entry:

- ☐ Include with the outcome of the front of the memo, "Order to be issued."
- ☐ System Order Issued.
- ☐ MOE - Order to be Issued
- ☐ Docket Outcome(s) as to Matters Other Than The Plan.
- ☐ Other:

Note further Trustee estimates that plan payment would need to increase to about $4147/mo (as of concil) to complete plan. Trustee also requests evidence that Debtor can fund this amount.

11/22/2019 9:42:22AM