**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Robert R. Kaniuff,** | : | **Chapter 13** |
| | : | |
| **Movant** | : | **Bankruptcy No. 19-20243-GLT** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 71** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **January 15, 2020 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 71

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on December 4, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 23, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>December 24, 2019</u>                    By: <u>/s/ Lawrence Willis Esquire</u>
                                                     Lawrence W Willis, Esquire
                                                     PA I.D. # 85299
                                                     Willis & Associates
                                                     201 Penn Center Blvd
                                                     Pittsburgh, PA 15235
                                                     Tel: 412.235.1721
                                                     Fax: 412.542.1704
                                                     lawrencew@urfreshstrt.com
                                                     Attorney for Debtors