FILED
1/21/20 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 19-20243-GLT |
| | Chapter 13 |
| ROBERT R. KANIUFF, | |
| *Debtor,* | |
| | Related to Dkt. No. 77 |

## ORDER

**AND NOW**, this **21st** day of *January 2020*, in light of the *Text Order* entered *on December 18, 2019* [Dkt. No. 77] providing deadlines for an amended wage order providing for wage attachments no less than $4,096 per month to be filed and an Omnibus Declaration regarding Claim No. 3 of KeyBank on or before January 16, 2020, to be filed;

it is hereby **ORDERED, ADJUDGED,** and **DECREED** that a status conference is scheduled for **March 11, 2020** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. Debtor's Counsel shall **IMMEDIATELY** address the items in the *Text Order* [Dkt. No. 77] on or before February 28, 2020.

Any response to this *Order* shall be filed with the Court on or before **March 4, 2020**. In the event corrective action is taken to comply with the December 18, 2019 *Text Order*, the status conference may be cancelled.

Dated: January 21, 2020

GREGORY J. TADDONIO    jah
UNITED STATES BANKRUPTCY COURT

Case administrator to mail to:
Debtor
Lawrence W. Willis, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-20243-GLT
Robert R Kaniuff                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala              Page 1 of 1              Date Rcvd: Jan 21, 2020
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
db             +Robert R Kaniuff,    118 Crooks School Rd,    Clinton, PA 15026-1548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:
      Christopher J. Azzara    on behalf of Creditor    GreatAmerica Financial Services Corporation
       cazzara@smgglaw.com,    ccallahan@smgglaw.com;kmaiorano@smgglaw.com
      David W. Raphael    on behalf of Creditor    Dollar Bank, FSB draphael@grenenbirsic.com,
       mcupec@grenenbirsic.com
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
       New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
       CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lawrence W. Willis    on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, ET. AL. pawb@fedphe.com
      Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com
                                                                                             TOTAL: 9