IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Robert R. Kaniuff, | : | Case No. 19-20243-GLT |
| | : | |
| Debtor | : | Chapter 13 |

**************************************************************************

| | | |
|---|---|---|
| Robert R. Kaniuff, | : | |
| | : | Related to Document No. 94 |
| Movant | : | |
| | : | Hearing Date & Time: |
| vs. | : | November 18, 2020 at 10:00 AM |
| | : | |
| The Bank of New York Mellon, | : | |
| c/o Select Portfolio Servicing, | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

**************************************************************************

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES FILED AT DOCKET NO. 94

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Property filed on October 14, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than November 2, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: November 3, 2020               By: /s/ Lawrence Willis Esquire
                                       Lawrence W Willis, Esquire
                                       PA I.D. # 85299
                                       Willis & Associates
                                       201 Penn Center Blvd
                                       Pittsburgh, PA 15235
                                       Tel: 412.235.1721

Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors