FILED
11/18/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Robert R. Kaniuff,** | : | **Case No. 19-20243-GLT** |
| | : | |
| **Debtor** | : | **Chapter 13** |

*************************************************************************

| | | |
|---|---|---|
| **Robert R. Kaniuff,** | : | |
| | : | **Related to Document No. 94** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| **vs.** | : | **November 18, 2020 at 10:00 AM** |
| | : | |
| | : | |
| **The Bank of New York Mellon,** | : | |
| **c/o Select Portfolio Servicing,** | : | |
| **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

*************************************************************************

## ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY
## FREE AND DIVESTED OF LIENS

**AND NOW**, this 18th day of November 2020, on consideration of the *Movants' Motion for Sale of Property Free and Divested of Liens* to **_Arcadian Realty Group, LLC at 288 Paul Street, Pittsburgh, PA 15211_**, for **_$155,000.00_**, after hearing held in: (Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219), this date, the Court finds:

1. That service of the notice of Hearing and Order setting hearing on said Motion for private sale of real property free and divested of liens of the above named Respondent, was effected on the following secured creditor whose liens are recited in said Motion for private sale, viz:

| **DATE OF SERVICE** | **NAME OF LIEN OR/AND SECURITY** |
|---|---|
| | The Bank of New York Mellon |
| | c/o Select Portfolio Servicing |
| October 14, 2020 | P.O. Box 65250 |
| | Salt Lake City, UT 84165-0250 |

                                                KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attn: Brian C. Nicholas, Esquire
Collateral – real property located at 288
Paul Street, Pittsburgh, PA 15211

October 14, 2020          Ronda J. Winnecour, Chapter 13 Trustee
Suite 3250, US Steel Building
600 Grant Street
Pittsburgh, PA 15219

     2. That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditor(s) and parties in interest by the moving party as shown by the certificate of service duly filed and that the named parties were duly served with the Motion.

     3. That at the sale hearing, the highest/best offer received was that of the above Purchaser(s) and no objections to the sale were made which would result in the cancellation of said sale.

     4. That the price of <u>$ 155,000.00</u> offered by <u>Arcadian Realty Group, LLC</u> was a full and fair price for the property in question.

     5. That the Purchaser(s) has acted in good faith with respect to the within sale in accordance with *In re: Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d., 143 (3rd Cir. 1986).

     Now therefore, **IT IS ORDERED, ADJUDGED AND DECREED**, that the sale by General Warranty deed of the real property described as 288 Paul Street, Pittsburgh, PA 15211 is hereby **CONFIRMED** to *<u>Arcadian Realty Group, LLC</u>* **for** <u>*$155,000.00*</u>, free and divested of the above recited liens and claims, that the Movant is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of the sale.

     **IT IS FURTHER ORDERED**, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

     **FURTHER ORDERED** that the following expenses/costs shall immediately be paid at the time of closing. ***Failure of the closing agent to timely make and forward the disbursements required by this Order will subject the closing agent to monetary sanctions***, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order. Except as to the distribution specifically

authorized herein, all remaining funds shall be held by Counsel for Movant pending further Order of this Court after notice and hearing.

(1) The following liens/claims: The Bank of New York Mellon.; payoff $103,730.95
(2) Delinquent real estate taxes, Prorated at closing.
(3) Current real estate taxes, pro-rated to the date of closing;
(4) Court approved attorney fees in the amount of $1,500.00;
(5) Advertising expense $161.00 Pittsburgh Legal Journal and Post Gazzette $70.00;
(6) Chapter 13 Trustee "[percentage fees" in the amount of $490.34 payable to Ronda J. Winnecour, Chapter 13 Trustee P.O. Box 2587, Pittsburgh, PA 15230;
(7) Proceeds to be held by trustee pending further order of Court for distribution according to confirmed plan and shall be earmarked for distribution of timely-filed unsecured claims.

**FURTHER ORDERED** that:

1. *Within seven (7) days of the date of this Order*, the Movant shall serve a copy of the within *Order* on each Respondent (i.e., each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for debtor, the Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a certificate of service.

2. *Closing shall occur within thirty (30) days of this Order.*

3. *Within seven (7) days following the closing*, the Movant shall file a *Report of Sale*, which shall include a copy of the HUD-1 or other Settlement Statement; and

4. This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

5. The Debtor shall file an amended chapter 13 plan within 30 days of the sale closing.

BY THE COURT:

Gregory L. Taddonio,   jah
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20243-GLT |
| Robert R Kaniuff | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID        Recipient Name and Address**
db            + Robert R Kaniuff, 118 Crooks School Rd, Clinton, PA 15026-1548

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name**            **Email Address**

Beth L. Slaby
            on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com

Brian Nicholas
            on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com

Christopher J. Azzara
            on behalf of Creditor GreatAmerica Financial Services Corporation cazzara@smgglaw.com ccallahan@smgglaw.com;kmaiorano@smgglaw.com;klaraba@smgglaw.com

David W. Raphael
            on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 2 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
    on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor THE BANK OF NEW YORK MELLON  ET. AL. pawb@fedphe.com

Thomas Song
    on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com


TOTAL: 11