**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Robert R. Kaniuff,** | : | **Case No. 19-20243-GLT** |
| | : | |
| **Debtor** | : | **Chapter 13** |

*************************************************************************

| | | |
|---|---|---|
| **Robert R. Kaniuff,** | : | |
| | : | **Related to Document No. 103** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | |
| | : | |
| | : | |
| **The Bank of New York Mellon,** | : | |
| **c/o Select Portfolio Servicing,** | : | |
| **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

*************************************************************************

**CERTIFICATION OF COUNSEL REGARDING**
**AMENDED ORDER TO SELL PROPERTY**

The undersigned certifies that:

1. 288 Paul St LLC is an assignee of Arcadia Realty LLC.

2. 288 Paul St. LLC has no relationship to the Debtor or the bankruptcy estate;

3. 288 Paul St LLC will be the end buyer - Alexander Hebert is the Chief Executive Member of 288 Paul St LLC. No relation to seller.

Dated: November 25, 2020   By: /s/ Lawrence W Willis
Lawrence W. Willis Esq
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com

**PAWB Local Form 26 (06/17)**