## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Robert R. Kaniuff,** | : | Case No. 19-20243-GLT |
| | : | |
| **Debtor** | : | **Chapter 13** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Robert R. Kaniuff,** | : | |
| | : | **Related to Document No. 105** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | |
| | : | |
| | : | |
| **The Bank of New York Mellon,** | : | |
| **c/o Select Portfolio Servicing,** | : | |
| **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true or correct copy of the Order Dated November 30, 2020 on the parties at the addresses on the attached matrix by first class mail*.

Executed On:  December 1, 2020                By: /s/ Lawrence Willis Esquire
                                                                        Lawrence W Willis, Esquire
                                                                        PA I.D. # 85299
                                                                        Willis & Associates
                                                                        201 Penn Center Blvd
                                                                        Pittsburgh, PA 15235
                                                                        Tel: 412.235.1721
                                                                        Fax: 412.542.1704
                                                                        lawrencew@urfreshstrt.com
                                                                        Attorney for Debtors

*Parties served by the court electronically were not served by regular mail.

## MATRIX OF PARTIES SERVED

Ronda J. Winnecour, Esquire
Chapter 13 Trutee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Robert Kaniuff
118 Crooks School Road
Clinton, PA 15026

Arcadian Realty Group
PO Box 44152
Pittsburgh, PA 15205

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Bmo Harris Bank Na
111 W Monroe
Chicago, IL 60603

Caliber 715
S Metropolitan Ave
Oklahoma City, OK 73108

Cap1/cabelas
4800 Nw 1st Street
Lincoln, NE 68521

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa
N 15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117

Citizens Bank Na
480 Jefferson Blvd
Warwick, RI 02886

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

Fia Cs
Po Box 982238
El Paso, TX 79998

First Commonwealth Ban
22 North Sixth St
Indiana, PA 15701

Keybank Na
4910 Tiedman Road
Brooklyn, OH 44144

KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attn: Brian C. Nicholas, Esquire

Monterey Fin
4095 Avenida De La Plata
Oceanside, CA 92056

Pnc Bank
Po Box 3180
Pittsburgh, PA 15230

Pnc Mortgage
Po Box 8703
Dayton, OH 45401

Syncb/ameg D
Po Box 965005
Orlando, FL 32896

Syncb/bargain Outlet
C/o
Po Box 965036
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/levin Furniture
C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/synchrony Home
C/o
Po Box 965036
Orlando, FL 32896

Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590