**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20243-GLT |
| | : | |
| Robert R. Kaniuff, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated January 6, 2021 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated January 6, 2021* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated January 7, 2021

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Robert Kaniuff
118 Crooks School Road
Clinton, PA 15026

Ronda J. Winnecour
 Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 1521

Office of the United States Trustee
 Liberty Center.
 1001 Liberty Avenue, Suite 970
 Pittsburgh, PA 15222


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Bmo Harris Bank Na
111 W Monroe
Chicago, IL 60603

Caliber 715
S Metropolitan Ave
Oklahoma City, OK 73108

Cap1/cabelas
4800 Nw 1st Street
Lincoln, NE 68521

Capital One
Po Box 30253
Salt Lake City, UT 84130

Capital One Bank Usa
N 15000 Capital One Dr
Richmond, VA 23238

Chase Card
Po Box 15298
Wilmington, DE 19850

Citicards Cbna
Po Box 6217
Sioux Falls, SD 57117

Citizens Bank Na
480 Jefferson Blvd
Warwick, RI 02886

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086

Dollar Bank
3 Gateway Center
Pittsburgh, PA 15222

Fia Cs
Po Box 982238
El Paso, TX 79998

First Commonwealth Ban
22 North Sixth St
Indiana, PA 15701

Keybank Na
4910 Tiedman Road
Brooklyn, OH 44144

Monterey Fin
4095 Avenida De La Plata
Oceanside, CA 92056

Pnc Bank
Po Box 3180
Pittsburgh, PA 15230

Pnc Mortgage
Po Box 8703
Dayton, OH 45401

Syncb/ameg D
Po Box 965005
Orlando, FL 32896

Syncb/bargain Outlet C/o
Po Box 965036
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/levin Furniture C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/synchrony Home C/o
Po Box 965036
Orlando, FL 32896

Wells Fargo Dealer Svc
Po Box 1697
Winterville, NC 28590