**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/02/2021

IN RE:

ROBERT R KANIUFF
118 CROOKS SCHOOL RD
CLINTON, PA 15026
XXX-XX-6710          Debtor(s)

Case No. 19-20243 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/2/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0605 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  306.10<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6451 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  SELECT PORTFOLIO~BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BMO HARRIS BANK NA**<br>PO BOX 2035<br><br><br>MILWAUKEE, WI  53201 | Trustee Claim Number:4   INT %:  4.25%<br>Court Claim Number:9<br><br>CLAIM:  17,994.02<br>COMMENT:  $CL-PL@4.25%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8051 |
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  26,046.94<br>COMMENT:  PMT/CL-PL@CALIBER/PL*1164.56 X (60+2)=LMT*BGN 2/19 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3169 |
| **CITIZENS BANK NA****<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI  02919 | Trustee Claim Number:6   INT %:  4.25%<br>Court Claim Number:5<br><br>CLAIM:  2,399.27<br>COMMENT:  $CL-PL@4.25%MDF*$RTND*NTC-RSV | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9172 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number:7   INT %:  4.25%<br>Court Claim Number:1<br><br>CLAIM:  3,370.73<br>COMMENT:  $CL-PL@4.25%MDF | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  2854 |
| **DOLLAR BANK FSB****<br>C/O MORTGAGE SERVICE CENTER*<br>POB 8469<br><br>CANTON, OH  44711 | Trustee Claim Number:8   INT %:  4.25%<br>Court Claim Number:7<br><br>CLAIM:  14,100.54<br>COMMENT:  $15519.00@4.25%MDF*TTL DEBT CL | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  8882 |
| **KEYBANK NA****<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:3-2<br><br>CLAIM:  0.00<br>COMMENT:  500/DECL*DKT4PMT-LMT*PMT/CL=VAR*AMD | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5747 |
| **KEYBANK NA****<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:10  INT %:  4.25%<br>Court Claim Number:2<br><br>CLAIM:  19,360.42<br>COMMENT:  $CL-PL@4.25%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0881 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8180 |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9777 |
| **AMATO AND KEATING PC**<br>107 NORTH COMMERCE WAY<br>BETHLEHEM, PA  18017 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |
| **DINSMORE & SHOHL LLP**<br>SIX PPG PL STE 1300<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~BARBARA VAUGHT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7963 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8013 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8710 |
| **CHASE CARD SERVICES****<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0451 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2918 |
| **DINSMORE & SHOHL LLP**<br>SIX PPG PL STE 1300<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2006 |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FIA CARD SERVICES**<br>POB 15019<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5559 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA 15701 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1836 |
| **GREAT AMERICAN FINANCIAL SERVICES CORP**<br>ATTN LITIGATION DEPT<br>PO BOX 609<br><br>CEDAR RAPIDS, IA 52406 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 34,338.20<br>COMMENT: NO$/SCH*JUDGMENT*OE OBJ/CL~CL REINSTATED 7/19 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2830 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO YRS~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KEYBANK NA/AKA KEYBANK USA(*)**<br>ACCOUNTING DEPT [AUTO LOANS]<br>4910 TIEDEMAN RD<br><br>BROOKLYN, OH 44144 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3078 |
| **MONTEREY FINANCIAL SERVICES**<br>4095 AVENIDA DE LA PLATA<br><br>OCEAN SIDE, CA 92056 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1750 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NO YRS~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK**<br>POB 3180<br><br>PITTSBURGH, PA 15230 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6269 |
| **PNC MORTGAGE**<br>PO BOX 8703<br><br>DAYTON, OH 45401 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6945 |
| **ROBERTSON HEATING**<br>500 W. MAIN ST., POB 2448<br><br>ALLIANCE, OH 44601-0448 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9062 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ROBERTSON HEATING**<br>500 W. MAIN ST., POB 2448<br><br>ALLIANCE, OH  44601-0448 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SIMMONS PERRINE MOYER BERGMAN**<br>115 THIRD ST SE STE 1200<br><br>CEDAR RAPIDS, IA  52401 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AMEG D/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1227 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~BARGIAN OUTLET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1782 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5761 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LEVIN FRNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6255 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM: 4,401.32<br>COMMENT: SYNCHRONY*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0605 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~SYNC HOME/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4565 |
| **WELLS FARGO DEALER SERVICES**<br>PO BOX 17900<br><br>DENVER, CO  80217-0900 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9579 |
| **THOMAS SONG ESQ**<br>PHELAN HALLINAN DIAMOND & JONES LLP<br>1617 JFK BLVD STE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA, PA  19103 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE**<br>C/O SELECT PORTFOLIO SERVICING INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3169 | CLAIM: 0.00<br>COMMENT: $CL-PL@CALIBER/PL*THRU 1/19*SOLD |
| **KEYBANK NA***<br>POB 94968<br>CLEVELAND, OH  44101 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:3-2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5747 | CLAIM: 0.00<br>COMMENT: $0/AMD CL-PL |
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPH**<br>1 GATEWAY CENTER - 9TH FL<br>PITTSBURGH, PA  15222 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DOLLAR BANK/PRAE |
| **FORD MOTOR CREDIT CO LLC/FORD CREDIT***<br>C/O BURTON NEIL & ASSOCIATES PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA  19380 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 6710 | CLAIM: 6,111.97<br>COMMENT: SCH@48*DEFICIENCY POST AUCTION*LATE |
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **PNC EQUIPMENT FINANCE LLC**<br>C/O FLAMM WALTON HEIMBACH<br>794 PENLLYN PIKE STE 100<br>BLUE BELL, PA  19422 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:10-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7905 | CLAIM: 0.00<br>COMMENT: SURR/PL*6887.69CL*NT/SCH-PL*AMD-DK! |
| **CHRISTOPHER J AZZARA ESQ**<br>STRASSBURGER MCKENNA GUTNICK ET AL<br>FOUR GATEWAY CTR STE 2200<br>444 LIBERTY AVE<br>PITTSBURGH, PA  15222 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: GREAT AMERICAN FNCL/PRAE |
| **FORD MOTOR CREDIT CO LLC/FORD CREDIT***<br>C/O BURTON NEIL & ASSOCIATES PC<br>1060 ANDREW DR STE 170<br>WEST CHESTER, PA  19380 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6710 | CLAIM: 0.00<br>COMMENT: SURR/PL ~ DEFICIENCY CLM @ CID 44?*LATE |
| **RONDA J WINNECOUR PA ID #30399***<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number: | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE | CLAIM: 490.34<br>COMMENT: SEE DKT FOR DETAILS |