Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert R Kaniuff**
Debtor(s)

Bankruptcy Case No.: 19−20243−GLT
Issued Per Feb. 25, 2021 Proceeding
Chapter: 13
Docket No.: 114 − 77, 109, 110
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated January 6, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,562 as of March 2021. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H. Additional Terms: Proceeds from sale of 288 Paul Street, less trustee fees, to be distributed to unsecured creditors to the extent necessary to pay unsecured creditors in full, with any surplus to be used for general plan funding.

The claim of Citizens Bank (Claim No. 5) shall receive no further payments; prior payments were proper and are ratified.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 26, 2021

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert R Kaniuff  
    Debtor

Case No. 19-20243-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: jhel | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 149 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R Kaniuff, 118 Crooks School Rd, Clinton, PA 15026-1548 |
| cr | + | GreatAmerica Financial Services Corporation, Strassburger McKenna Gutnick & Gefsky, Four Gateway Center, 444 Liberty Avenue, Suite 2200, Pittsburgh, PA 15222-1207 |
| 15020090 | | BMO Harris Bank, N.A., P.O. Box 2035, Milwaukee, WI 53201-2035 |
| 14980754 | + | Bmo Harris Bank Na, 111 W Monroe, Chicago, IL 60603-4095 |
| 14980755 | + | Caliber, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2088 |
| 14980756 | + | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14980760 | + | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14980763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15209896 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018402 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15018403 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14980764 | + | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 15032273 | #+ | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa AZ 85209-3376 |
| 15008499 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, GreatAmerica Financial Services Corporation, f/k/a GreatAmerica Leasing Corporation, ATTN: Peggy Upton, Litigation Specialist, P.O. Box 609, Cedar Rapids, IA 52406 |
| 14980767 | + | Monterey Fin, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 15022798 | + | PNC Equipment Finance, LLC, c/o Robert E. Walton/Thomas P. Stevens, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |
| 14980776 | + | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 27 2021 01:51:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14980753 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2021 01:50:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14980758 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 27 2021 01:58:29 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15009895 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2021 01:50:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14980761 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2021 01:50:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14982453 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 27 2021 01:50:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD SUITE 3000, SOUTHFIELD MI 48034-8331 |
| 14980757 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 27 2021 01:56:30 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |

District/off: 0315-2 User: jhel Page 2 of 3
Date Rcvd: Feb 26, 2021 Form ID: 149 Total Noticed: 40

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14980760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2021 01:58:35 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14980762 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 27 2021 01:50:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15016259 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 27 2021 01:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14980765 | + | Email/Text: bankruptcynotice@fcbanking.com | Feb 27 2021 01:50:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 14980759 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 27 2021 01:58:27 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14980766 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 27 2021 01:51:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14980768 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2021 01:50:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14980769 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2021 01:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15018893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:54:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981346 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2021 01:56:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980770 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:58:26 | Syncb/ameg D, Po Box 965005, Orlando, FL 32896-5005 |
| 14980771 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:58:26 | Syncb/bargain Outlet, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980772 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:56:27 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14980773 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:58:26 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980774 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:54:38 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14980775 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 27 2021 01:58:26 | Syncb/synchrony Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15023831 | | Email/Text: jennifer.chacon@spservicing.com | Feb 27 2021 01:52:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON ET.AL. |
| cr | | THE BANK OF NEW YORK MELLON, ET. AL. |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 149 | Total Noticed: 40 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@grenenbirsic.com, mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bnicholas@kmllawgroup.com |
| Christopher J. Azzara | on behalf of Creditor GreatAmerica Financial Services Corporation cazzara@smgglaw.com ccallahan@smgglaw.com;kmaiorano@smgglaw.com;klaraba@smgglaw.com |
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON  ET. AL. pawb@fedphe.com |

TOTAL: 11