**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 19-20243-GLT** |
| | : | |
| **Robert R. Kaniuff,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | |
| _____ | : | |
| **Robert R. Kaniuff,** | : | |
| | : | **Related to Document No. 117** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | **May 19, 2021 at 10:00 AM** |
| | : | |
| **Ford Motor Credit Company LLC,** | : | |
| **Respondent** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire (Trustee),** | : | |
| **Additional Respondent** | : | |
| _____ | : | |

### CERTIFICATION OF NO OBJECTION REGARDING THE OBJECTION TO PROOF OF CLAIM NUMBER 12-1 FILED BY FORD MOTOR CREDIT COMPANY LLC FILED AT DOCKET NO. 117

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim Number 12-1 Filed by Ford Motor Credit Company LLC filed on April 8, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 10, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 11, 2021                              By: /s/ Lawrence Willis Esquire
                                                 Lawrence W Willis, Esquire
                                                 PA I.D. # 85299
                                                 Willis & Associates
                                                 201 Penn Center Blvd
                                                 Pittsburgh, PA 15235
                                                 Tel: 412.235.1721
                                                 Fax: 412.542.1704
                                                 lawrencew@urfreshstrt.com
                                                 Attorney for Debtors