Case 19-20243-GLT    Doc 121    Filed 05/19/21    Entered 05/19/21 16:25:32    Desc Main
Document      Page 1 of 1
FILED
5/19/21 4:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20243-GLT |
| | : | Chapter: | 13 |
| Robert R Kaniuff | : | | |
| | : | | |
| | : | Date: | 5/19/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #117 Debtor's Objection to Claim of Ford Motor Credit Company LLC (Claim No. 12)
       #120 CNO Filed

**APPEARANCES**:
       Debtor:    Lawrence W. Willis

**NOTES:** (10:05)

Court: The motion represented that Ford was adequately served before the bar date - but upon review of the docket I do not see that. The original mailing matrix did not include Ford Motor Credi, it does not appear to have received notice of the bar date or the notice to file claims.  And it was not listed on the original petition. Am I wrong about that?   It seems Ford was added later, after the bar date.

Willis: According to the Best Case software I don't see that they're listed in schedule A or B I wasn't aware they weren't listed.

**OUTCOME:**

1. Debtor's *Objection to Claim of Ford Motor Credit Company LLC (Claim No. 12)* [Dkt. No. 117] is DENIED without prejudice.  The Debtor is granted leave through June 18, 2021 to file an amended objection to  Claim No. 12 of Ford Motor Credit Company LLC [Text Order to Issue]

**DATED:**  5/19/2021