**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Case No. 19-20243-GLT** |
| | : | |
| **Robert R. Kaniuff,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | |
| _____ | : | |
| **Robert R. Kaniuff,** | : | |
| | : | **Related to Document No. 124** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| **vs.** | : | **August 18, 2021 at 1:00 PM** |
| | : | |
| **Ford Motor Credit Company LLC,** | : | |
| **Respondent** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Trustee),** | : | |
| **Additional** | : | |
| **Respondent** | : | |
| _____ | : | |

**<u>CERTIFICATION OF NO OBJECTION REGARDING THE AMENDED OBJECTION
TO PROOF OF CLAIM NUMBER 12-1
FILED BY FORD MOTOR CREDIT COMPANY LLC
FILED AT DOCKET NO. 124</u>**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Objection to Proof of Claim Number 12-1 Filed by Ford Motor Credit Company LLC filed on June 17, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 19, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>July 20, 2021</u>

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors