LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Robert R. Kaniuff,** | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 19-20243-GLT |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 133 |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **December 8, 2021 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents **Robert R. Kaniuff**.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period January 15, 2019 to November 1, 2021
3. Previous retainer paid to Applicant: $900.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $9,000.00.
5. Applicant requests additional:
   Compensation of $5,000.00.
   Reimbursement of Expenses of $ N/A .
6. An **in-person hearing** will be held on **December 8, 2021 at 10:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).
7. Any written objections must be filed with the Court and served on the Applicant on or before **November 18, 2021** (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: <u>November 1, 2021</u>

Attorney for Movant/Applicant:

<u>/s/ Lawrence W Willis Esq</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704Email: lawrencew@urfreshstrt.com
Attorney for Debtors