```
                                                              FILED
                                                              1/19/22 12:23 pm
                                                              CLERK
                                                              U.S. BANKRUPTCY
                                                              COURT - WDPA
```

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No.: 19-20243-GLT |
| **Robert R. Kaniuff** | |
| Debtor, | Chapter 13 |
| **GreatAmerica Financial Services Corporation,** | Related Dkt. No. 140 |
| Movant, | |
| v. | |
| **Robert R. Kaniuff** | |
| Respondent, | |
| and | |
| **Ronda J. Winnecour, Esquire (Trustee)** | |
| Additional Respondent. | |

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Christopher J. Azzara, Esquire is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: 1/19/22

_____
United States Bankruptcy Judge