# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**In RE:**
Robert R Kaniuff

**Claim Number:** 9

**Case Number:** 19-20243-GLT

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS, listed in the above stated case, be changed.

**NOTICE ADDRESS**

FROM:                                    TO:

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| BMO Harris Bank N.A. | BMO Bank N.A. |
| PO Box 2035 | P. O. Box 6150 |
| Milwaukee, WI 53201-2035 | Carol Stream, IL 60197 |

Date: 11/08/23

/s/ Filer  *Tarah Tullberg*

Authorized Agent for Creditor BMO Bank N.A.