**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT R KANIUFF | Case No. 19-20243GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>BMO BANK NA FRMLY BMO HARRIS BANK<br>Respondents | Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PARTIAL REFUND RECEIVED NO EXPLANATION WAS PROVIDED.

| | |
|---|---|
| BMO BANK NA FRMLY BMO HARRIS BANK<br>PO BOX 6150<br>CAROL STREAM, IL 60197 | Court claim# 9/Trustee CID# 4 |

The Movant further certifies that on 01/25/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ROBERT R KANIUFF, 118 CROOKS SCHOOL RD, CLINTON, PA 15026

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235

ORIGINAL CREDITOR'S COUNSEL:
WELTMAN WEINBERG & REIS CO LPA, 2500 KOPPERS BUILDING, 436 SEVENTH AVE, PITTSBURGH, PA 15219-1842

:
AIS PORTFOLIO SERVICES (AMERICAN INFO SOURCE)**, ATTN BANKRUPTCY NOTICING, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118

ORIGINAL CREDITOR:
BMO BANK NA FRMLY BMO HARRIS BANK, PO BOX 6150, CAROL STREAM, IL 60197

NEW CREDITOR: