**Fill in this information to identify the case:**

Debtor 1    Robert R. Kaniuff

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Western   District of   PA.
                                                                                                           (State)

Case number    19-20243

---

Form 4100R

# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:**   KeyBank N.A.

**Court claim no.** (if known): 3-2

**Last 4 digits** of any number you use to identify the debtor's account:   5 7 4 7

**Property address:**   118   Crooks School Rd.
                      Number    Street

                      Clinton      PA.    15026
                      City         State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   07 / 16 / 2024
                                                                     MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.                                             (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    __ / __ / ____
                                                                   MM / DD / YYYY

Debtor 1  **Robert R. Kaniuff**
           First Name   Middle Name   Last Name

Case number (*if known*) 19-20243

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Doreen Arra
Signature

Date 06/14/2024

Print: **Doreen Arra**
       First Name   Middle Name   Last Name

Title: Senior Specialist

Company: KeyBank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 4910  Tiedeman Road
         Number   Street

Brooklyn          OH    44144
City              State  ZIP Code

Contact phone ( 866 ) 325 – 9723

Email BK_SPECIALISTS@KEYBANK.COM

UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In Re: Robert R. Kaniuff                                        Case No. 19-20243

                        Debtor(s).                              Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on 06/14/2024, I electronically filed a Response to Notice of Final Cure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
Lawrence W. Willis

Trustee
Ronda J Winnecour


And, I hereby certify that I have mailed via the United States Postal Service the Response to Notice of Final Cure to the following non CM/ECF participants:

Debtor

Robert R. Kaniuff
118 Crooks School Rd.
Clinton, PA 15026


/s/Doreen Arra
Bankruptcy Specialist
KeyBank N.A.