Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert R Kaniuff** | : | Case No. 19−20243−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 195 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 8/19/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this ***The 26th of June, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 195 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) ***On or before August 9, 2024***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***August 19, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert R Kaniuff  
    Debtor

Case No. 19-20243-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jun 26, 2024     Form ID: 604     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R Kaniuff, 118 Crooks School Rd, Clinton, PA 15026-1548 |
| cr | + | GreatAmerica Financial Services Corporation, Strassburger McKenna Gutnick & Gefsky, Four Gateway Center, 444 Liberty Avenue, Suite 2200, Pittsburgh, PA 15222-1207 |
| 14980755 | + | Caliber, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 14980763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15018403 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15209896 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018402 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15022798 | + | PNC Equipment Finance, LLC, c/o Robert E. Walton/Thomas P. Stevens, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 00:23:19 | BMO Harris Bank N.A., c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2024 00:07:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14980753 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2024 00:03:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15681762 | ^ | MEBN | Jun 26 2024 23:50:49 | BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 15020090 | ^ | MEBN | Jun 26 2024 23:50:53 | BMO Harris Bank, N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 14980754 | ^ | MEBN | Jun 26 2024 23:48:48 | Bmo Harris Bank Na, 111 W Monroe, Chicago, IL 60603-4095 |
| 14980758 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:24:21 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15009895 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 00:03:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14980761 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 00:03:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14982453 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2024 00:03:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD SUITE 3000, SOUTHFIELD MI 48034-8331 |
| 14980756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:12:04 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14980757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:24:21 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 42 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14980760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:43:46 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14980762 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2024 00:03:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15016259 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14980764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:03:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14980765 | + | Email/Text: SAABankruptcy@fcbanking.com | Jun 27 2024 00:05:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15032273 | + | Email/Text: EBNBKNOT@ford.com | Jun 27 2024 00:08:00 | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa AZ 85209-3376 |
| 15008499 | | Email/Text: dpetersen@greatamerica.com | Jun 27 2024 00:05:00 | GreatAmerica Financial Services Corporation, f/k/a GreatAmerica Leasing Corporation, ATTN: Peggy Upton, Litigation Specialist, P.O. Box 609, Cedar Rapids, IA 52406 |
| 14980759 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 01:34:56 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14980766 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2024 00:07:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14980767 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jun 27 2024 00:04:00 | Monterey Fin, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14980768 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14980769 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15018893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:10:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981346 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:35:01 | Syncb/ameg D, Po Box 965005, Orlando, FL 32896-5005 |
| 14980771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:24:17 | Syncb/bargain Outlet, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:40 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14980773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:34:53 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:10:50 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14980775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:14:19 | Syncb/synchrony Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15023831 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2024 00:08:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14980776 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 00:11:44 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: 604 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON ET.AL. |
| cr | | THE BANK OF NEW YORK MELLON, ET. AL. |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | *+ | BMO Bank N.A, P.O.BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024                                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@lenderlaw.com |
| Jeremy J Kobeski | on behalf of Creditor Dollar Bank  FSB jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON  ET. AL. pawb@fedphe.com |

TOTAL: 11