**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT R KANIUFF | Case No.:19-20243 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


June 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/18/2019 and confirmed on 3/29/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 171,989.97 |
| Less Refunds to Debtor | 2,873.30 | |
| TOTAL AMOUNT OF PLAN FUND | | 169,116.67 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 8,100.00 | |
|    Trustee Fee | 9,032.78 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 17,132.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 26,046.94 | 26,046.94 | 0.00 | 26,046.94 |
|     Acct: 3169 | | | | |
|   KEYBANK NA** | 0.00 | 25,614.59 | 0.00 | 25,614.59 |
|     Acct: 5747 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3169 | | | | |
|   KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5747 | | | | |
|   PNC EQUIPMENT FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7905 | | | | |
|   BMO BANK NA FRMLY BMO HARRIS BANK | 17,769.62 | 17,769.62 | 2,043.27 | 19,812.89 |
|     Acct: 8051 | | | | |
|   CITIZENS BANK NA | 88.86 | 88.86 | 16.23 | 105.09 |
|     Acct: 9172 | | | | |
|   CREDIT ACCEPTANCE CORP* | 3,367.53 | 3,367.53 | 366.14 | 3,733.67 |
|     Acct: 2854 | | | | |
|   KEYBANK NA** | 19,360.42 | 19,360.42 | 2,199.96 | 21,560.38 |
|     Acct: 0881 | | | | |
|   FORD MOTOR CREDIT CO LLC/FORD CRE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6710 | | | | |
|   DOLLAR BANK FSB** | 14,100.54 | 14,100.54 | 1,473.83 | 15,574.37 |
|     Acct: 8882 | | | | |
| | | | | 112,447.93 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT R KANIUFF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT R KANIUFF | 2,873.30 | 2,873.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 3,100.00 | 3,100.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-19 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| **Priority** | | | | | |
| | WILLIS & ASSOCIATES | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX1-21 | | | | |
| | RONDA J WINNECOUR PA ID #30399** | 490.34 | 490.34 | 0.00 | 490.34 |
| | Acct: $/OE | | | | |
| | | | | | 490.34 |
| **Unsecured** | | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 306.10 | 306.10 | 0.00 | 306.10 |
| | Acct: 6451 | | | | |
| | ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8180 | | | | |
| | ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9777 | | | | |
| | AMATO AND KEATING PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9062 | | | | |
| | DINSMORE & SHOHL LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7963 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8013 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8710 | | | | |
| | CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0451 | | | | |
| | CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2918 | | | | |
| | DINSMORE & SHOHL LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2006 | | | | |
| | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5559 | | | | |
| | FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1836 | | | | |
| | GREAT AMERICAN FINANCIAL SERVICES | 34,338.20 | 34,338.20 | 0.00 | 34,338.20 |
| | Acct: 2830 | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEYBANK NA/AKA KEYBANK USA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3078 | | | | |
| | MONTEREY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1750 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6269 | | | | |
| | PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6945 | | | | |
| | ROBERTSON HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9062 | | | | |
| | ROBERTSON HEATING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SIMMONS PERRINE MOYER BERGMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1227 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1782 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5761 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |

19-20243 Page 3 of 3

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6255 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 4,401.32 | 4,401.32 | 0.00 | 4,401.32 |
| Acct: 0605 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4565 | | | | |
| WELLS FARGO DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9579 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FORD MOTOR CREDIT CO LLC/FORD CRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6710 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0605 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTOPHER J AZZARA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 39,045.62 |

**TOTAL PAID TO CREDITORS**                                                                           151,983.89

TOTAL CLAIMED
PRIORITY            490.34
SECURED          80,733.91
UNSECURED       39,045.62

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT R KANIUFF

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:19-20243

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20243-GLT |
| Robert R Kaniuff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R Kaniuff, 118 Crooks School Rd, Clinton, PA 15026-1548 |
| cr | + | GreatAmerica Financial Services Corporation, Strassburger McKenna Gutnick & Gefsky, Four Gateway Center, 444 Liberty Avenue, Suite 2200, Pittsburgh, PA 15222-1207 |
| 14980755 | + | Caliber, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 14980763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15018403 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15209896 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018402 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15022798 | + | PNC Equipment Finance, LLC, c/o Robert E. Walton/Thomas P. Stevens, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 01:14:14 | BMO Harris Bank N.A., c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2024 00:07:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14980753 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 27 2024 00:03:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15681762 | ^ | MEBN | Jun 26 2024 23:50:51 | BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 15020090 | ^ | MEBN | Jun 26 2024 23:50:52 | BMO Harris Bank, N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 14980754 | ^ | MEBN | Jun 26 2024 23:48:47 | Bmo Harris Bank Na, 111 W Monroe, Chicago, IL 60603-4095 |
| 14980758 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:12:04 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15009895 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 00:03:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14980761 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 00:03:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14982453 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2024 00:03:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD SUITE 3000, SOUTHFIELD MI 48034-8331 |
| 14980756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 00:11:40 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14980757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 01:34:59 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14980760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 00:25:22 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14980762 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 27 2024 00:03:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15016259 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14980764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 00:03:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14980765 | + | Email/Text: SAABankruptcy@fcbanking.com | Jun 27 2024 00:05:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15032273 | + | Email/Text: EBNBKNOT@ford.com | Jun 27 2024 00:08:00 | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa AZ 85209-3376 |
| 15008499 | | Email/Text: dpetersen@greatamerica.com | Jun 27 2024 00:05:00 | GreatAmerica Financial Services Corporation, f/k/a GreatAmerica Leasing Corporation, ATTN: Peggy Upton, Litigation Specialist, P.O. Box 609, Cedar Rapids, IA 52406 |
| 14980759 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 00:11:50 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14980766 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 27 2024 00:07:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14980767 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Jun 27 2024 00:04:00 | Monterey Fin, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14980768 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14980769 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 00:04:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15018893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 01:14:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981346 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 00:11:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:34:54 | Syncb/ameg D, Po Box 965005, Orlando, FL 32896-5005 |
| 14980771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:24:22 | Syncb/bargain Outlet, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:23:52 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14980773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 01:34:58 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:23:25 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14980775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 00:11:14 | Syncb/synchrony Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15023831 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 27 2024 00:08:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14980776 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 27 2024 01:34:59 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON ET.AL. |
| cr | | THE BANK OF NEW YORK MELLON, ET. AL. |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | *+ | BMO Bank N.A, P.O.BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024                                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank  FSB bslaby@lenderlaw.com |
| Jeremy J Kobeski | on behalf of Creditor Dollar Bank  FSB jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON  ET. AL. pawb@fedphe.com |

TOTAL: 11