**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robert R Kaniuff | Social Security number or ITIN   xxx–xx–6710 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–20243–GLT | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert R Kaniuff

8/12/24

**By the court:** <u>Gregory L Taddonio</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20243-GLT |
| Robert R Kaniuff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: 3180W | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R Kaniuff, 118 Crooks School Rd, Clinton, PA 15026-1548 |
| cr | + | GreatAmerica Financial Services Corporation, Strassburger McKenna Gutnick & Gefsky, Four Gateway Center, 444 Liberty Avenue, Suite 2200, Pittsburgh, PA 15222-1207 |
| 14980755 | + | Caliber, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 14980763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15209896 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018403 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018402 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15022798 | + | PNC Equipment Finance, LLC, c/o Robert E. Walton/Thomas P. Stevens, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 13 2024 03:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2024 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 13 2024 03:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2024 23:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 13 2024 03:45:00 | BMO Harris Bank N.A., c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2024 23:59:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14980753 | + | EDI: GMACFS.COM | Aug 13 2024 03:45:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15681762 | ^ | MEBN | Aug 12 2024 23:50:17 | BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 15020090 | ^ | MEBN | Aug 12 2024 23:50:16 | BMO Harris Bank, N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 14980754 | ^ | MEBN | Aug 12 2024 23:48:56 | Bmo Harris Bank Na, 111 W Monroe, Chicago, IL 60603-4095 |

| 14980758 | | EDI: CAPITALONE.COM | | |
| | | | Aug 13 2024 03:45:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15009895 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Aug 12 2024 23:58:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14980761 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Aug 12 2024 23:58:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14982453 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Aug 12 2024 23:58:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD SUITE 3000, SOUTHFIELD MI 48034-8331 |
| 14980756 | + | EDI: CAPITALONE.COM | | |
| | | | Aug 13 2024 03:45:00 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14980757 | + | EDI: CAPITALONE.COM | | |
| | | | Aug 13 2024 03:45:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14980760 | + | EDI: CITICORP | | |
| | | | Aug 13 2024 03:45:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14980762 | + | Email/Text: ebnnotifications@creditacceptance.com | | |
| | | | Aug 12 2024 23:58:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15018402 | ^ | MEBN | | |
| | | | Aug 12 2024 23:50:30 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15016259 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Aug 12 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14980764 | + | EDI: BANKAMER | | |
| | | | Aug 13 2024 03:44:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14980765 | + | Email/Text: SAABankruptcy@fcbanking.com | | |
| | | | Aug 12 2024 23:58:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15032273 | + | Email/Text: EBNBKNOT@ford.com | | |
| | | | Aug 12 2024 23:59:00 | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa AZ 85209-3376 |
| 15008499 | | Email/Text: dpetersen@greatamerica.com | | |
| | | | Aug 12 2024 23:58:00 | GreatAmerica Financial Services Corporation, f/k/a GreatAmerica Leasing Corporation, ATTN: Peggy Upton, Litigation Specialist, P.O. Box 609, Cedar Rapids, IA 52406 |
| 14980759 | | EDI: JPMORGANCHASE | | |
| | | | Aug 13 2024 03:45:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14980766 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | | Aug 12 2024 23:59:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14980767 | + | Email/Text: bankruptcynotification@montereyfinancial.com | | |
| | | | Aug 12 2024 23:58:00 | Monterey Fin, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14980768 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Aug 12 2024 23:58:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14980769 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Aug 12 2024 23:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15018893 | | EDI: PRA.COM | | |
| | | | Aug 13 2024 03:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981346 | + | EDI: PRA.COM | | |
| | | | Aug 13 2024 03:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980770 | + | EDI: SYNC | | |
| | | | Aug 13 2024 03:45:00 | Syncb/ameg D, Po Box 965005, Orlando, FL 32896-5005 |
| 14980771 | + | EDI: SYNC | | |
| | | | Aug 13 2024 03:45:00 | Syncb/bargain Outlet, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980772 | + | EDI: SYNC | | |
| | | | Aug 13 2024 03:45:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14980773 | + | EDI: SYNC | | |
| | | | Aug 13 2024 03:45:00 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |

District/off: 0315-2 | User: auto | Page 3 of 4
--- | --- | ---
Date Rcvd: Aug 12, 2024 | Form ID: 3180W | Total Noticed: 44

| | | | |
|---|---|---|---|
| 14980774 | + EDI: SYNC | | |
| | | Aug 13 2024 03:45:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14980775 | + EDI: SYNC | | |
| | | Aug 13 2024 03:45:00 | Syncb/synchrony Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15023831 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Aug 12 2024 23:59:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14980776 | + EDI: WFFC2 | | |
| | | Aug 13 2024 03:45:00 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON ET.AL. |
| cr | | THE BANK OF NEW YORK MELLON, ET. AL. |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | *+ | BMO Bank N.A, P.O.BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | |
| | on behalf of Creditor Dollar Bank  FSB raphaeld@fnb-corp.com |
| Denise Carlon | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor The Bank of New York Mellon  successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | |
| | on behalf of Creditor Dollar Bank  FSB bslaby@lenderlaw.com |
| Jeremy J Kobeski | |
| | on behalf of Creditor Dollar Bank  FSB jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com |
| Keri P. Ebeck | |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence W. Willis

on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com

Thomas Song

on behalf of Creditor THE BANK OF NEW YORK MELLON  ET. AL. pawb@fedphe.com


TOTAL: 11