IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/12/24 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT R KANIUFF

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20243

Chapter 13

Related to Dkt. No. 195

ORDER OF COURT

AND NOW, this 12th day of August 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____ jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20243-GLT |
| Robert R Kaniuff | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert R Kaniuff, 118 Crooks School Rd, Clinton, PA 15026-1548 |
| cr | + | GreatAmerica Financial Services Corporation, Strassburger McKenna Gutnick & Gefsky, Four Gateway Center, 444 Liberty Avenue, Suite 2200, Pittsburgh, PA 15222-1207 |
| 14980755 | + | Caliber, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 14980763 | | Dollar Bank, 3 Gateway Center, Pittsburgh, PA 15222 |
| 15209896 | | Dollar Bank, FSB, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018403 | | Dollar Bank, FSB, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15018402 | + | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15022798 | + | PNC Equipment Finance, LLC, c/o Robert E. Walton/Thomas P. Stevens, Flamm Walton Heimbach, 794 Penllyn Pike, Suite 100, Blue Bell, PA 19422-1669 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2024 00:06:52 | BMO Harris Bank N.A., c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2024 23:59:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14980753 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2024 23:58:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 15681762 | ^ | MEBN | Aug 12 2024 23:50:21 | BMO Bank N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 15020090 | ^ | MEBN | Aug 12 2024 23:50:17 | BMO Harris Bank, N.A., P.O. Box 6150, Carol Stream, IL 60197-6150 |
| 14980754 | ^ | MEBN | Aug 12 2024 23:48:59 | Bmo Harris Bank Na, 111 W Monroe, Chicago, IL 60603-4095 |
| 14980758 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:18:14 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15009895 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 12 2024 23:58:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston R.I.02919 |
| 14980761 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 12 2024 23:58:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14982453 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 12 2024 23:58:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD SUITE 3000, SOUTHFIELD MI 48034-8331 |
| 14980756 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:06:52 | Cap1/cabelas, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 14980757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2024 00:06:42 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |

Case 19-20243-GLT   Doc 202   Filed 08/14/24   Entered 08/15/24 00:29:09   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 42 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14980760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2024 00:21:01 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14980762 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 12 2024 23:58:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15018402 | ^ | MEBN | Aug 12 2024 23:50:30 | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| 15016259 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 12 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14980764 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 12 2024 23:58:00 | Fia Cs, Po Box 982238, El Paso, TX 79998-2238 |
| 14980765 | + | Email/Text: SAABankruptcy@fcbanking.com | Aug 12 2024 23:58:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15032273 | + | Email/Text: EBNBKNOT@ford.com | Aug 12 2024 23:59:00 | Ford Motor Credit Company LLC, 1335 S. Clearview Avenue, Mesa AZ 85209-3376 |
| 15008499 | | Email/Text: dpetersen@greatamerica.com | Aug 12 2024 23:58:00 | GreatAmerica Financial Services Corporation, f/k/a GreatAmerica Leasing Corporation, ATTN: Peggy Upton, Litigation Specialist, P.O. Box 609, Cedar Rapids, IA 52406 |
| 14980759 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2024 00:04:50 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14980766 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 12 2024 23:59:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14980767 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Aug 12 2024 23:58:00 | Monterey Fin, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 14980768 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2024 23:58:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 14980769 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 12 2024 23:58:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15018893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 00:05:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981346 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2024 00:18:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14980770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:04:46 | Syncb/ameg D, Po Box 965005, Orlando, FL 32896-5005 |
| 14980771 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:06:55 | Syncb/bargain Outlet, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:20:03 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14980773 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:04:48 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14980774 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:21:11 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14980775 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2024 00:18:47 | Syncb/synchrony Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15023831 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 12 2024 23:59:00 | The Bank of New York Mellon, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14980776 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 13 2024 00:17:38 | Wells Fargo Dealer Svc, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 35

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Aug 12, 2024 | Form ID: pdf900 | Total Noticed: 42 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON ET.AL. |
| cr | | THE BANK OF NEW YORK MELLON, ET. AL. |
| cr | | The Bank of New York Mellon, successor to The Bank |
| cr | *+ | BMO Bank N.A, P.O.BOX 6150, CAROL STREAM, IL 60197-6150 |
| cr | *+ | Dollar Bank, FSB, 300 West Tuscarawas Street, Canton, OH 44702-1911 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David W. Raphael | on behalf of Creditor Dollar Bank FSB raphaeld@fnb-corp.com |
| Denise Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif dcarlon@kmllawgroup.com |
| Elizabeth L. Slaby | on behalf of Creditor Dollar Bank FSB bslaby@lenderlaw.com |
| Jeremy J Kobeski | on behalf of Creditor Dollar Bank FSB jkobeski@grenenbirsic.com, mcupec@grenenbirsic.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Robert R Kaniuff ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON ET.AL. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. pawb@fedphe.com |

District/off: 0315-2 User: auto Page 4 of 4
Date Rcvd: Aug 12, 2024 Form ID: pdf900 Total Noticed: 42
TOTAL: 11